# Cover Sheet

81,957-01

From: Donald Ray Britton, TDCJ no: 1657318
C.T. Terrell, Unit 1300 FM Road 655
Rosharon Tx 77583

C C A no: WR-81,957-01
Trial Court Case no: CR11268


Dear: Clerk

Enclosed please find In re relator's Notice Of Appeal along with his Motion For Extension Of Time to file appeal.

The relator is requesting that this Clerk of the Court Of Criminal Appeals please file these papers and to bring them to the attention of this Court.

I greatly appreciate your time and assistance with this matter that is now pending before this Court.


To: The Clerk Of The Court Of Criminal Appeals P.O. BOX 12308 Capitol Station Austin Texas 78711.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 20 2015

Abel Acosta, Clerk

1 - CS -

# In The Court Of Criminal Appeals
## Austin, Texas

Donald Ray Britton

·v·

Writ no: WR-81,957-01

The State Of Texas
Clerk: Tonna Hitt
Judge: Ralph H. Walton
D.A. Robert Christian

— — — — — — — — — — —

# Notice Of Appeal

To the Honorable Judge of the Court Of Criminal Appeals. Now comes Ex Parte Donald Ray Britton, the Relator who is a pro se litigant incarcerated in the Texas Department of Criminal Justice. In support thereof the relator wishes to show the Court the following:

## I.

On March 25, 2015 relator received a (cc) letter dated: March 12, 2015 from the Court Of Criminal Appeals stating:

On September 10, 2014 this Court entered an order requiring the respondents (trial court) to respond within 30 days by either presenting an Order Designating Issues, submitting the application for Writ of Habeas Corpus to the C.O. Cr. App. or by certifying that no application was filed. To date no response had been received from the trial court.

-1-

The C.O.Cr.App. further orders the trial court to take action within the next ten days to explain why these respondents have not complied with the order dated September 10, 2014.

## II.

On this date: 5-4-2015 the relator in this matter received from the C.O. Cr. App. a "White Card" dated 4-22-15 (12 days after it was sent out by the C.O. Cr.App.) This resulted in the relator having insufficient time to formulate a response, reply, motion for rehearing and/or an appeal or a notice of appeal.

Further the relator has not received a copy of the trial courts response. This has further impeded his ability raise meritorious issues and sufficient argument to overcome this white card denial of his Motion For Leave to file the original application for Writ Of Mandamus that was denied by this Court without written order.

## Prayer For Relief

The relator Prays that this Court please grant him the opportunity to be allowed to file an appeal in this matter that is now before the Court.

Sighn: _____

Print name: Donald Ray Britton

T.D.C.J. no: 1657318

C.T. Terrell Unit

1300 FM Road 655

Rosharon Tx 77583

-2-